O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DODSON, | ) | Case No. CV 10-06106 DDP (JCGx) |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | ) | |
| TRANSUNION CORP. et al., | ) | [Motion filed on March 15, 2011] |
| Defendants. | ) | |

Presently before the Court is Plaintiff's Motion for Leave to File First Amend Complaint.  Defendants having timely filed a Notice of Non-opposition, the court GRANTS Plaintiff's Motion.  The First Amended Complaint shall be filed in accordance with the Clerk's Office filing procedures within 20 days of the date of this order.

IT IS SO ORDERED.

Dated: April 22, 2011

DEAN D. PREGERSON
United States District Judge